CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
Facsimile: (415) 436-7234
molly.friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NAGAGAUTAMI KODALI,<br><br>                    Plaintiff,<br><br>        v.<br><br>JOSEPH B. EDLOW, *et al.*,<br><br>                    Defendants. | Case No. 3:26-cv-02205-JSC<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFFS' COMPLAINT; AND ~~[PROPOSED]~~ ORDER** |

The parties hereby stipulate to an extension of time for Defendants' response to Plaintiff's complaint. Defendants will file their response on or before June 15, 2026. The parties make this request because the agency needs additional time to review the case.

The parties further request a corresponding extension on the deadline for filing a motion for summary judgment under the Court's Immigration Mandamus Procedural Order. Dkt. No. 2. Currently, Defendants must file a motion for summary judgment by 120 days after the complaint was served, or July 14, 2026. In view of the agreed-upon extension for Defendants' response to the complaint, the parties request that Defendants file their motion for summary judgment with 30 days of filing an Answer to the Complaint.

///

///

Stipulation to Extend
Case No. 3:26-cv-02205-JSC                    1

Dated: May 14, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: May 14, 2026

*/s/ Nagagautami Kodali*
NAGAGAUTAMI KODALI
Plaintiff Pro Se

[PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: May 15, 2026

HON. JACQUELINE SCOTT CORLEY
United States District Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Extend
Case No. 3:26-cv-02205-JSC                    2